IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01866-ZLW

ANDRE L. TWITTY,

     Plaintiff,

v.

ALBERTO GONZALEZ, U.S. ATTY,
H. G. LAPPIN, B.O.P Dir.,
HARRELL WATTS, B.O.P. Clerk,
M. NALLEY, Regional B.O.P. Dir.,
M. FIELDS, Remedy Clerk BOP,
RONNIE WILEY, Warden FLM BOP,
M. CRUZ, Assoc. Warden Programs FLM B.O.P.,
K. REAR, Exec. Asst. FLM BOP,
D. COLLINS, Unit Mgr. FLM BOP,
LAWERENCE L. LEYBA, Clinical Dir. B.O.P.,
FNU M. MADISON, Counselor, FLM B.O.P.,
ALL UNKNOWN MAIL ROOM MEDICAL STAFF, BOP FLM,
All In Their Individual Capacities,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 5 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Andre J. Twitty is a prisoner in the custody of the United States Bureau

of Prisons who currently is incarcerated at the United States Penitentiary,

Administrative Maximum, in Florence, Colorado.  Mr. Twitty filed **pro se** on December

26, 2006, a motion titled "Motion to Alter or Amend the Fraudulent Order Entered on 6

Dec. 2006, Due to an Abuse of Discretion, Pursuant to Rule 59(e) Fed. R. Civ. P. Brief

in Support."  Mr. Twitty asks the Court to reconsider and vacate the December 6, 2006,

order and judgment of dismissal.  The Court must construe the motion to reconsider

liberally because Mr. Twitty is proceeding **pro se**. **See Haines v. Kerner**, 404 U.S.

519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Because the motion to reconsider was filed more than ten days after the Court's December 6, 2006, order and judgment of dismissal, the Court will consider the motion pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

On December 6, 2006, the Court denied Mr. Twitty leave to proceed because he failed to show cause within the time allowed why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g), and dismissed the amended complaint and the action without prejudice. The basis for the dismissal is explained in detail in the December 6 dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Twitty fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

2

ORDERED that the motion titled "Motion to Alter or Amend the Fraudulent Order

Entered on 6 Dec. 2006, Due to an Abuse of Discretion, Pursuant to Rule 59(e) Fed. R.

Civ. P. Brief in Support" submitted *pro se* by Plaintiff Andre L. Twitty and seeking

reconsideration of the December 6, 2006, order and judgment of dismissal, and which

the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal

Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this ___4___ day of _____Jan._____, 200_7_.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01866-BNB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/5/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk