IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01866-ZLW

ANDRE L. TWITTY,

             Plaintiff,

v.

ALBERTO GONZALEZ, U.S. ATTY,
H.G. LAPPIN, B.O.P. Dir.,
HARRELL WATTS, B.O.P. Clerk,
N. NALLEY, Regional B.O.P. Dir.,
M. FIELDS, Remedy Clerk BOP
RONNIE WILEY, Warden FLM BOP,
M. CRUZ, Assoc. Warden Programs FLM B.O.P.,
K. REAR, Exec. Asst. FLM BOP,
D. COLLINS, Unit Mgr. FLM BOP,
LAWERENCE L. LEYBA, Clinical Dir. B.O.P.,
FNU M. MADISON, Counselor, FLM B.O.P.,
ALL UNKNOWN MAIL ROOM MEDICAL STAFF, BOP FLM,
All In Their Individual Capacities,

             Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted  a Notice of Appeal on February 6, 2007 . The court has determined that

the document  is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)     Filing Fee**
        X      is not submitted

**(B)     Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
        and Fed. R. App. P. 24:**

1

    __X__    is not submitted
    __     is missing affidavit
    __     is missing certified copy of prisoner's trust fund statement for the 6-month period
            immediately preceding this filing
    __     is missing required financial information
    __     is missing an original signature by the prisoner
    __     is not on proper form (must use the court's current form)
    __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __7__ day of _____February_____, 2007.

BY THE COURT:

_Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2